**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-282 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-15, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**DOE # 9, OWNER OF IP ADDRESS 96.42.16.173**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP Address 96.42.16.173

DATED:  October 30, 2013            Respectfully submitted,

                                            VOLTAGE PICTURES, LLC

                                            By:    s/ Keith A. Vogt
                                                     Keith A. Vogt, Partner (Bar No. 6207971)
                                                     Takiguchi & Vogt
                                                     1415 West 22nd Street, Tower Floor
                                                     Oak Brook, IL 60523
                                                     (630) 974-5707
                                                     KVogt@takiguchiandvogt.com
                                                     Attorney for Plaintiff