## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-282 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-15 | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: October 30, 2013            Respectfully submitted,

                                              VOLTAGE PICTURES, LLC

                                              By:    s/ Keith A. Vogt
                                                        Keith A. Vogt, Partner (Bar No. 6207971)
                                                        Takiguchi & Vogt, LLP
                                                        1415 W. 22nd Street, Tower Floor
                                                         Oak Brook, Illinois 60523
                                                         (630) 974-5707
                                                         Attorney for Plaintiff